# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

Bridget M. McCormack,
Chief Justice

161675

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DEBORAH MARIE FRANCE,
      Plaintiff-Appellee,

v

FRANKLIN LEE EDWARDS and BEATTIE
FARMS, LLC,
      Defendants-Appellants,
and

DONALD A. BEATTIE and RICHARD FRANCE,
      Defendants.

SC: 161675
COA: 347343
Muskegon CC: 14-049833-NF

_____/

      On order of the Court, the application for leave to appeal the April 30, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



Clerk

t0419